FILED

09/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0298

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA-23-0298

\* \* \* \*

|  |  |
|---|---|
| MIKE WINSOR, | ) |
|  | ) |
| Appellee/Plaintiff, | ) |
|  | ) |
| v. | ) **ORDER GRANTING** |
|  | ) **EXTENSION TO FILE** |
| STATE OF MONTANA, by and through | ) **OPENING BRIEF** |
| the MONTANA STATE AUDITOR AND | ) |
| COMMISSIONER OF SECURITIES & | ) |
| INSURANCE, | ) |
|  | ) |
| Appellant/Defendant. | ) |
|  | ) |

In accordance with Rule 26(1), M.R.App.P., the Appellant, State of Montana, by and through the Montana State Auditor and Commissioner of Securities and Insurance (CSI), is granted a 30-day extension of time up to and including Tuesday, October 10, 2023, to file their Opening Brief in this appeal.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 7 2023